No. 47418.—Protests 36712–K, etc., of Revere Sugar Refinery (Boston).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.